UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TALBOT ROBINSON                                                                              PLAINTIFF

VS.                                                              CAUSE NO.: 3:16-cv-687 LG-RHW

THOMAS COLUCCI, INDIVIDUALLY AND AS AN
EMPLOYEE OF U.S. XPRESS, INC., U.S. XPRESS, INC.,
DAIMLER TRUST, AND JOHN DOES 1-10                                      DEFENDANTS

U.S. XPRESS, INC.'S
CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Uniform Civil Rule 7(c), U.S. Xpress, Inc. makes the following corporate disclosure statement:

Defendant U.S. Xpress, Inc. is a privately held corporation, and is wholly owned by U.S. Xpress Enterprises, Inc.  No publicly held entity owns 10% or more of its stock.

This the 14th day of February, 2017.

                                              Respectfully Submitted,

                                              U.S. XPRESS, INC.

                                              By Its Attorneys,

                                              DunbarMonroe, PLLC

                                              */s/ Morton W. Smith*
                                              David C. Dunbar
                                              Morton W. Smith

OF COUNSEL:

David C. Dunbar (MSB#6227)
dcdunbar@dunbarmonroe.com
Morton W. Smith (MSB#101646)
mwsmith@dunbarmonroe.com
*DunbarMonroe, PLLC*
270 Trace Colony Park, Suite A
Ridgeland, Mississippi  39157
601-898-2073 Office
601-898-2074 Facsimile

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that I have filed the above and foregoing document with the Court's electronic case filing system, which sent notification to the following interested parties:

John D. Giddens, Esq.
Baskin L. Jones, Esq.
John D. Giddens, PA
226 North President Street
P O Box 22546
Jackson, MS  39225-2546

THIS the 14th day of February, 2017.

 */s/ Morton W. Smith*
David C. Dunbar
Morton W. Smith