## AFFIDAVIT

STATE OF MISSISSIPPI
COUNTY OF Rankin

Fred Fletcher is over the age of eighteen (18) years old and has personal knowledge of the facts following, to wit:

1. I am currently self-employed driving 18-wheelers.

2. I drive commercially for a living. I have driven for 30 years total.

3. I was a witness to a Motor Vehicle Wreck on August 7, 2015 in Rankin County.

4. At the time of the wreck I was travelling behind Talbot Robinson who was driving a Toyota Avalon as he was approaching the intersection of Highway 80 and the I-20 West exit ramp 59.

5. Mr. Robinson appeared to me to do nothing wrong and he was traveling within the speed limit.

6. The US XPRESS truck being driven by Thomas Colucci came from the Interstate exit 59 to the right and never stopped but proceeded directly across Highway 80.

7. I estimate the US XPRESS truck was travelling 25 to 35 miles per hour at a minimum.

8. The US XPRESS truck entered this intersection blindly, did not yield the right of way or stop.

9. Mr. Robinson did not have time to slow, stop or avoid the collision with the US XPRESS truck.



EXHIBIT 1

10. Mr. Robinson collided heavily with the landing gear of the 18-wheeler trailer as the US XPRESS truck was still moving and pulled the front end of Mr. Robinson's vehicle to point the direction the front of the 18-wheeler was pointing.

11. I braked fully and narrowly avoided colliding with the US XPRESS truck and Mr. Robinson's vehicle.

12. The US XPRESS truck continued to move another 30 to 40 feet after the collision.

13. When I first saw the wreck I believed it would be a fatality.

14. I place full responsibility for this wreck on the US XPRESS driver, who did not yield the right of way to Mr. Robinson or stop at the blind intersection.

15. After the collision Mr. Robinson appeared disoriented and confused. He asked me to call his wife. I called his wife on my phone, I also called 911.

16. Mr. Robinson said it felt like glass was in his eyes.

17. I gave my information at the scene of the wreck and what I had seen.

Further affiant sayeth not.

WITNESS my signature this the 1st day of April, 2016.

Respectfully Submitted,

_____
FRED FLETCHER

STATE OF MISSISSIPPI

COUNTY OF Rankin

PERSONALLY CAME AND APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named, Fred Fletcher, who being duly sworn, stated that he signed and executed the above and foregoing Affidavit on the day and date therein stated and for the intents and purposes therein expressed.

_____
Fred Fletcher

SWORN TO AND SUBSCRIBED BEFORE ME, this the 1st day of April, 2016.

_____
NOTARY PUBLIC

My Commission Expires: _____

*(Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 86674, SHANNON L. WILLIAMS, Commission Expires Aug. 20, 2019, RANKIN COUNTY)*